IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-00055-LTB-KLM (Consolidated w/08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA and
THE INTERNAL REVENUE SERVICE,

    Defendants.
_____

**ORDER OF CONSOLIDATION**
_____

Upon Plaintiffs' Unopposed Motion to Consolidate (Doc 6 - filed March 21, 2008), and the Court being fully advised in the premises, it is

ORDERED that the Motion to Consolidate is GRANTED and that Case No. 08-cv-00056-WYD-MJW, Case No. 08-cv-00474-WDM-MEH, and 08-cv-00473-MSK-CBS are consolidated for all purposes, including trial, with Case No. 08-cv-00055-LTB-KLM.

The parties are directed that all future filings shall be in the lead case of 08-cv-00055-LTB-BNB with the caption as indicated above.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: March 26, 2008