IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-00055-LTB-KLM (Consolidated w/08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

      Plaintiffs,

v.

UNITED STATES OF AMERICA and
THE INTERNAL REVENUE SERVICE,

      Defendants.

_____

## ORDER
_____

Upon the Consent to United States' Motion to Dismiss Internal Revenue Service as a Defendant (Doc 15), it is

ORDERED that the Motion to Dismiss (Doc 10) is GRANTED and the Internal Revenue Service is DISMISSED as a Defendant herein.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: May 22, 2008