IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00055-LTB-KLM (Consolidated with 08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD.,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Unopposed Motion RE: Scheduling Order [Docket No. 17; Filed June 12, 2008] (the "Motion).

    IT IS HEREBY **ORDERED** that the Motion is **DENIED.** A Scheduling Conference has been set for June 25, 2008 at 11:00 a.m. in this consolidated action, and the parties have been directed to prepare and file a proposed Scheduling Order which sets forth every proposed deadline in this case. The issue of the deadlines to be set will be discussed at the Scheduling Conference pursuant to the proposed Scheduling Order submitted by the parties, which includes the deadlines proposed in the Motion [Docket No. 18].

Dated: June 16, 2008