IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00055-LTB-KLM

RCL PROPERTIES, INC., and
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD.,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon Defendant's Notice of Non-Opposition (Doc 31 - filed July 14, 2008), Plaintiffs' Motion for Leave to Amend Complaint (Doc 27) is GRANTED.

Dated: July 16, 2008
_____