IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00055-LTB-KLM (Consolidated with 08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD.,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Modification of Scheduling Order** [Docket No. 59; Filed November 3, 2008] (the "Motion"). Pursuant to the Joint Motion, the parties seek extensions of the majority of the pending case deadlines.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court amends the deadlines set forth in the Scheduling Order [Docket No. 22] as follows:

- Expert Disclosure Deadline     **January 30, 2009**
- Rebuttal Expert Disclosure Deadline     **February 27, 2009**
- Discovery Cutoff     **April 30, 2009**
- Dispositive Motions Deadline     **May 15, 2009**

    IT IS FURTHER **ORDERED** that all written discovery requests, including interrogatories, document requests, and requests for admissions shall be propounded no later than **December 31, 2008**.

    IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the Final Pretrial Conference set for March 30, 2009 at 10:30 a.m. and **RESETS** it to **June 30, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order on or before **June 23, 2009**.

IT IS FURTHER **ORDERED** that a Motion Hearing is set on all unresolved issues raised in Plaintiffs' Motion to Compel [Docket No. 34; Filed August 4, 2008] on **December 1, 2008 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: November 5, 2008