IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

Civil Action No.: 08-cv-00055-LTB-KLM
(Consolidated with 08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

**FTR** - Reporter Deck - Courtroom C-204
Byron G. Rogers United States Courthouse
**Date: December 1, 2008**     Courtroom Deputy, Kathleen Finney

---

RCL PROPERTIES, INC.,          Larry D. Harvey
KOZAD PROPERTIES, LTD.,        Christopher S. Jensen
GLENHILLS RANCH, LTD.,         William M. Silberstein
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

    **Plaintiff(s),**
v.

UNITED STATES OF AMERICA,       Rickey Watson

    **Defendant(s).**

---
**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING: MOTIONS HEARING**
**Court in Session: 10:59 a.m.**
Court calls case. Appearance of counsel.

The Court raises Plaintiff's Motion to Compel [Docket No. 34; filed August 4, 2008] for argument.

Plaintiff arguments by Larry D. Harvey.
Defendant arguments by Rickey Watson.

  **It is ORDERED:**    Plaintiff's MOTION TO COMPEL [Docket No. 34, filed August 4, 2008] is **TAKEN UNDER ADVISEMENT.** The Court will issue a written order in due course.

HEARING CONCLUDES.   **Court in recess: 11:45 a.m.**   Total In-Court Time: 00:46