IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00055-LTB-KLM (Consolidated with 08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD.,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Extension of Time for Designation of Experts** [Docket No. 67; Filed December 31, 2008] ("Motion No. 67") and the parties' **Stipulated Motion Re: Protective Order** [Docket No. 68; Filed December 31, 2008] ("Motion No. 68").

    IT IS HEREBY **ORDERED** that Motion No. 67 is **GRANTED in part and DENIED in part**. To the extent that Plaintiffs request a two-week extension of time to designate their experts, the Motion is **granted**. Plaintiffs shall designate their experts on or before **January 15, 2009**. To the extent that Plaintiffs request a forty-five day extension of time to designate an expert in the field of statistics, the Motion is **denied without prejudice**. Plaintiffs inform the Court that as to this request, "Plaintiffs have been unable to discuss the additional extension of time for the potential expert in the field of statistics, and Defendant has not consented to such extension of time." *Motion* [#67] at 2. As such, the Motion does not comply with D.C. Colo. L. Civ. R. 7.1(A) in that Plaintiffs failed to satisfy their duty to confer regarding this portion of the requested relief.

    IT IS HEREBY **ORDERED** that Motion No. 68 is **GRANTED**. The parties shall file a stipulated protective order, or Plaintiffs shall file a motion related thereto, on or before **January 16, 2008**.

Dated: January 6, 2009