IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00055-LTB-KLM (Consolidated with 08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD.,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiffs' **Motion RE: Plaintiffs' Proposed Protective Order** [Docket No. 71; Filed January 15, 2009] (the "Motion"). Defendant filed a response in opposition to the Motion on January 23, 2009 [Docket No. 74]. The sole disagreement between the parties is whether Plaintiffs should be permitted to use material obtained in discovery permitted by the Court's Order of December 11, 2008 [Docket No. 66]. Pursuant to my ruling, I previously ordered that the information disclosed "shall only be used for purposes of this litigation." *Order* [#66] at 10.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Plaintiffs have failed to provide any legal justification for their request to maintain possession of the documents obtained in discovery after the litigation is over. Moreover, my previous Order specifically settled this issue and Plaintiffs have failed to provide good cause for reconsideration.

    IT IS FURTHER **ORDERED** that the Protective Order submitted by Defendant is **accepted** for filing and is entered as an Order of the Court with interlineations as of the date of this Minute Order.

Dated: January 26, 2009