**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 08-cv-00055-LTB-KLM (Consolidated w/08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

        Plaintiffs,

v.

UNITED STATES OF AMERICA, and
THE INTERNAL REVENUE SERVICE,

        Defendants.

___

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO ATTEND
STATUS CONFERENCE BY TELEPHONE**
___

Upon motion of the United States of America, and for good cause shown, it is hereby

ORDERED that counsel for Defendant United States of America may attend the Status

Conference set for August 14, 2009 by telephone.


Dated:   August 10, 2009

                                             BY THE COURT:

                                             s/Lewis T. Babcock
                                             LEWIS T. BABCOCK, JUDGE