IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  August 14, 2009 |

_____

| | |
|---|---|
| Civil Case No.  08-cv-00055-LTB-KLM | Counsel: |
| RCL PROPERTIES, INC., et al., | Larry Harvey |
| Plaintiffs,<br>v. | |
| UNITED STATES OF AMERICA, | Rick Watson<br>(by telephone) |
| Defendant. | |

_____

COURTROOM MINUTES
_____

Hearing - Joint Motion to Vacate Pretrial Deadlines

10:00 a.m.     Court in Session

Appearances

Court's comments

Statement by Mr. Harvey

Statement by Mr. Watson

**ORDERED:  The September 14, 2009 trial date is VACATED.  The Joint Motion to Vacate Pretrial Deadlines (Doc No. 112) is GRANTED.**

**ORDERED:  The parties shall submit joint status reports every 20 days.**

Mr. Harvey's comments

Mr. Harvey requests the Court retain jurisdiction while a computation of the tax refund is made.

Mr. Harvey's further comments - if they have some settlement as to, just say, a deficiency, or a deductible amount, and they don't have a tax computation, how would the Court like to see that handled as far as a stipulation.

Mr. Watson's comments

Further comments by Mr. Harvey

Court's further comments

If the parties can't get the computation and need more time, the Court can go along with that as well in retaining jurisdiction.  **THE PARTIES MIGHT INCORPORATE IN THEIR STATUS REPORTS WHERE THEY ARE ON THAT FACET OF THE CASE.**

10:05 a.m.     Court in Recess
               Hearing concluded
               Time: /05