**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  08-cv-00055-LTB-KLM (Consolidated w/08-cv-00056-LTB-KLM; 08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)

RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

**ORDER**
_____

This matter is before me on the Joint Motion to Vacate Pretrial Deadlines (Doc 112 - filed August 13, 2009), and pursuant to statements of counsel made in open court on August 14, 2009, it is

ORDERED that the Motion is GRANTED.  All dates for responses and replies related to Plaintiffs' Motions for Summary Judgment and to Exclude Testimony are VACATED.  The deadline for the parties to file objections to exhibits is VACATED.  The trial set **September 14, 2009 is VACATED**.

IT IS FURTHER ORDERED that the parties are to file joint status reports regarding the settlement of this matter every 20 days.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: August 14, 2009