**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  08-cv-00055-LTB-KLM (Consolidated w/08-cv-00056-LTB-KLM;
08-cv-00473-LTB-KLM; and 08-cv-00474-LTB-KLM)


RCL PROPERTIES, INC.,
KOZAD PROPERTIES, LTD.,
GLENHILLS RANCH, LTD,
AMY HILL KOZELSKY,
BOBBY F. HILL, and
DOROTHY A. HILL,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal

(Doc 135 - filed December 8, 2010), and the Court being fully advised in the premises, it

is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


       BY THE COURT:


         s/Lewis T. Babcock
       Lewis T. Babcock, Judge


DATED: December 9, 2010